In re PESTICIDE ACTION NETWORK NORTH AMERICA; Natural Resources Defense Council, Inc.,

Pesticide Action Network North America; Natural Resources Defense Council, Inc., Petitioners,

v.

U.S. Environmental Protection Agency, Respondent.

No. 14–72794.

United States Court of Appeals, Ninth Circuit.

Dec. 10, 2015.

Patti A. Goldman (argued), Matthew Baca, and Kristen Boyles, Earthjustice, Seattle, Washington, for Petitioners.

Sam Hirsch, Acting Assistant Attorney General, and Erica Zilioli (argued), United States Department of Justice, Environmental Enforcement Section, Washington, D.C.; Mark Dyner, Office of General Counsel, United States Environmental Protection Agency, Washington, D.C., for Respondents.

Before: DIARMUID F. O'SCANNLAIN, A. WALLACE TASHIMA, and M. MARGARET McKEOWN, Circuit Judges.

### ORDER

The United States Environmental Protection Agency (EPA) is directed to take final action by December 30, 2016 on its proposed revocation rule and its final re-

concurrently filed memorandum disposition.

sponse to Pesticide Action Network North America and Natural Resources Defense Council's (collectively "PANNA") 2007 petition.

EPA shall file an interim status report with the Court no later than June 30, 2016. In that report, EPA shall advise the Court of its efforts to comply with the deadline. EPA shall also include a detailed explanation of extraordinary circumstances, if any exist, that make EPA's compliance with the final action deadline of December 30, 2016 impracticable to meet. If EPA's interim status report includes such an "extraordinary circumstances" recitation, PANNA shall have 30 days to file a response thereto.

The panel shall retain jurisdiction over any further proceedings related to this petition.